_____ FILED          _____ ENTERED
_____ LODGED      _____ RECEIVED

OCT 0 4 2007          ES

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LOUIS ALBERT CAMEJO-RODRIGUEZ,   )   CASE NO.  C07-1241-JLR-MAT
                                 )
           Petitioner,           )
                                 )
    v.                           )   ORDER OF TRANSFER
                                 )
KEN QUINN,                       )
                                 )
           Respondent.           )
_____)

Petitioner, proceeding *pro se*, submitted a petition pursuant to 28 U.S.C. § 2241 and an application to proceed *in forma pauperis* (IFP).  (Dkts. 9 & 10.)  His pleading relates to convictions entered in the United States District Court for the Southern District of Florida.  (*See* Dkt. 10 at 1-2.)  Having considered the petition and the balance of the record, the Court does hereby find and ORDER as follows:

(1)    Because petitioner's conviction arose in Florida, the Court hereby directs that this case be TRANSFERRED to the U.S. District Court for the Southern District of Florida.  Further, because this matter is being transferred, this Court will not determine whether petitioner may proceed IFP.  Petitioner must obtain leave to proceed IFP from the U.S. District Court for the Southern District of Florida.

(2)    The Clerk is directed to close this case and transfer all original documents to the

ORDER
PAGE -1

07-CV-01241-ORD

01  U.S. District Court for the Southern District of Florida. The Clerk is also directed to send a copy

02  of this Order to petitioner at his address of record, and to Judge Theiler.

03          Dated this ___4th___ day of ___October___, 2007.

04

05                                          _____

06                                          James L. Robart
                                            United States District Judge
07

08  Recommended for entry this
    4th day of October, 2007.

09

10  S/MARY ALICE THEILER
    Mary Alice Theiler
11  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

    ORDER
    PAGE -2